# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153471(17)

STEVE LIVNEH, HENVIL CORPORATION, LTD,
LICAN DEVELOPMENTS, LTD, REVITA
HEALTH CORP., and REVITA TECHNOLOGIES,
INC.,
            Plaintiffs-Appellants,

v                                                       SC: 153471
                                                        COA: 331556
                                                        Oakland CC: 2012-126038-NM
COHEN LERNER & RABINOVITZ, P.C., d/b/a
COHEN LERNER RABINOVITZ WITUS,
            Defendant-Appellee.
_____/

        On order of the Chief Justice, the motion of defendant-appellee to file a sur-reply
is GRANTED.  The sur-reply submitted on May 25, 2016, is accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2016

